UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REGINA T. HICKEY,

        Plaintiff,                  Case no. 17-10123
                                           Honorable John Corbett O'Meara
v.

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The court, pursuant to Rule 72(b) of the Federal Rules of Civil Procedure, 28 U. S. C. 636(b)(1)(B), and LR 72.1(E.D. Mich. March 1, 2010), has reviewed Magistrate Judge David R. Grand's October 30, 2017 report and recommendation. No objections have been filed by the parties. The court having reviewed the entire record;

IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the court's findings and conclusions.

IT IS FURTHER ORDERED that Defendant's motion for summary judgment is DENIED, Plaintiff's motion for summary judgment is GRANTED IN PART, and, pursuant to sentence six of 42 U.S.C. § 405(g), the Commissioner's

decision is REMANDED to the Administrative Law Judge for further proceedings consistent with the report and recommendation.

s/John Corbett O'Meara<br>United States District Judge

Date:  November 27, 2017


I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, November 27, 2017, using the ECF system.

s/William Barkholz<br>Case Manager